STEVEN G. KALAR
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
1301 Clay Street, Suite 1350N
Oakland, California 94612
Telephone: (510) 637-3500

Counsel for Defendant HARTSINCK

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 15-00320 HSG |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS HEARING DATE TO MARCH 28, 2016 |
| vs. | |
| LYNSEY HARTSINCK, | Hearing Date: March 14, 2016<br>Time: 2:00 p.m. |
| Defendant. | |

The above-captioned matter is set on March 14, 2016 before this Honorable Court for a status hearing regarding Lynsey Hartsinck's suitability for the Court's Conviction Alternatives Program ("CAP"). Pursuant to an agreement with the government, on February 29, 2016, Ms. Hartsinck pleaded guilty to two counts of the Indictment. After the hearing, the Court referred Ms. Hartsinck to the Pretrial Services office for a CAP assessment. Pretrial Services interviewed Ms. Hartsinck immediately after the change of plea hearing.

The parties jointly request that the Court continue case to March 28, 2016 because the Pretrial Services Office advised defense counsel that it needs additional time to complete its

1

1  assessment of Ms. Hartsinck.  Because Ms. Hartsinck entered a plea of guilty, the parties agree
2  that the Speedy Trial Act does not apply.
3
4  DATED: March 8, 2016                              /S/
                                                   COLIN C. SAMPSON
5                                                  Assistant United States Attorney
6
7  DATED: March 8, 2016                              /S/
                                                   ANGELA M. HANSEN
8                                                  Assistant Federal Public Defender

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby continues the March 14, 2016 status conference hearing date for defendant Lynsey Hartsinck to March 28, 2016, at 2:00 p.m., for a status hearing regarding Ms. Hartsinck's suitability for CAP.

March  9 , 2016

_____
THE HON. HAYWOOD S. GILLIAM, JR.
United States District Judge